■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID McCRAE, Appellant.— Appeal by defendant, as limited by his brief, from a sentence of the County Court, Nassau County, rendered July 1, 1974. Sentence affirmed (cf. *People* v. *Bryant,* 47 A D 2d 51). Rabin, Acting P. J., Hopkins, Martuscello, Cohalan and Christ, JJ., concur.